No. 88–350. ANDERSON ET VIR *v.* NORTH DAKOTA; and DAGLEY ET UX. *v.* NORTH DAKOTA. Sup. Ct. N. D. Certiorari de-

nied.